UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
JILL A. MANZO, ESQ.
BC1810
bankruptcy@feinsuch.com

**Order Filed on March 11, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

RUDOLPH V PRESCOD and
YVONNE E. PRESCOD

 Debtor(s).

Case No.: 17-30799 MBK

Chapter: 13

Hearing Date: 03/06/2018

Judge: Honorable Michael B. Kaplan

### ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page(s) is hereby ORDERED.

**DATED: March 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of FEIN, SUCH, KAHN & SHEPARD, P.C. attorneys for the Secured Creditors, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, for Order Allowing Late Proof of Claim and good cause having been shown, it is hereby

ORDERED, that Secured Creditor's, or its successors or assignees proof of claim, filed on 2/8/2018, as Claim No.5 on the Claims Register, is hereby allowed and the Chapter 13 Trustee is permitted to pay said claim.

It is further ORDERED, that the Debtors retain to right to file an objection to the proof of claim pursuant to D.N.J. LBR 3007-1.

It is further ORDERED, that the movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Rudolph V Prescod  
Yvonne E. Prescod  
     Debtors

Case No. 17-30799-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 13, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.  
db/jdb        +Rudolph V Prescod,    Yvonne E. Prescod,    62 Guest Drive,    Morganville, NJ 07751-1469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Andrew Thomas Archer     on behalf of Debtor Rudolph V Prescod aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Andrew Thomas Archer     on behalf of Joint Debtor Yvonne E. Prescod aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Denise E. Carlon     on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Jill    Manzo     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com  
         Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1 rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 7