UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____17-30799_____ |
| Rudolph V Prescod and Yvonne E. Prescod, | Chapter: _____13_____ |
| Debtors | Judge: _____MBK_____ |

---

### NOTICE OF PROPOSED PRIVATE SALE

___Rudolph & Yvonne Prescod___ , _____Debtors_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| |
|---|
| Address of the Clerk:  Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____May 15, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____402 East State Street, Trenton, NJ  08608_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| |
|---|
| Description of property to be sold:   62 Guest Drive, Morganville, NJ  07751 |

| |
|---|
| Proposed Purchaser:   Michele Dave and Neil Dave |

| |
|---|
| Sale price:  $375,000.00 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| |
|---|
| Name of Professional:  Peggy James/Elizabeth O'Reilly<br>Amount to be paid:   6% of sales price<br>Services rendered:   Realtor |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:          Andrew T. Archer, Esq./Brenner, Spiller & Archer

Address:        175 Richey Avenue, Collingswood, NJ  08107

Telephone No.:   (856) 963-5000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-30799-MBK
Rudolph V Prescod                                                           Chapter 13
Yvonne E. Prescod
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2                    Date Rcvd: Apr 11, 2018
                             Form ID: pdf905       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb        +Rudolph V Prescod,    Yvonne E. Prescod,    62 Guest Drive,   Morganville, NJ 07751-1469
r             +Coldwell Banker Residential,    17 W River Rd,   Rumson, NJ 07760-1418
517120274      Barbados Revenue Authority,    Treasury Building,    Bridge STreet,   Bridgetown, Barbados, 11129
517120275     +Buckley Madole,    99 Wood Avenue South Suite 803,    Iselin, NJ 08830-2713
517120276     +Chase Mortgage,    Attn: Correspondence Department,    PO Box 15298,   Wilmington, DE 19850-5298
517323208     +JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center,    700 Kansas Lane,
               Monroe, LA 71203-4774
517323207     +JPMorgan Chase Bank, National Association,    Chase Records Center,
               ATTN: Correspondence Mail - LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
517120280    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,   PO Box 245,
               Trenton, NJ 08695)
517199114     +U.S. Bank National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,
               Dallas TX 75261-9096
517141330     +US Bank NA,    Att: Aldridge Pite LLP,    4375 Jutland Dr Ste 200,   POB 17933,
               San Diego, CA 92177-7921
517120283     +US Bank National Association,    4801 Fredrica Street,    Owensboro, KY 42301-7441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 00:02:38    U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 00:02:34    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517307284     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 12 2018 00:03:25
               Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
517120277     +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 12 2018 00:03:25
               Hyundai Motor Finance,    Attn: Bankruptcy,    Po Box 20809,   Fountain City, CA 92728-0809
517120279      E-mail/Text: cio.bncmail@irs.gov Apr 12 2018 00:02:03    IRS Centralized Insolvency Operation,
               PO Box 21126,   Philadelphia, PA 19114-0326
517120281     +E-mail/Text: bankruptcy@savit.com Apr 12 2018 00:03:31    Savit Coll,    Po Box 250,
               East Brunswick, NJ 08816-0250
517120282     +E-mail/Text: bankruptcy@savit.com Apr 12 2018 00:03:31    Savit Coll,    46 W Ferris St,
               East Brunswick, NJ 08816-2159
517122648     +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:08:15    Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                           TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517120278*    +Hyundai Motor Finance,    Attn: Bankruptcy,    Po Box 20809,   Fountain City, CA 92728-0809
517177144*     Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3          User: admin                  Page 2 of 2              Date Rcvd: Apr 11, 2018
                             Form ID: pdf905               Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Rudolph V Prescod aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Andrew Thomas Archer    on behalf of Joint Debtor Yvonne E. Prescod aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
          America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc
          of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
          rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7