Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.: 17–30799–MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rudolph V Prescod | Yvonne E. Prescod |
| 62 Guest Drive | 62 Guest Drive |
| Morganville, NJ 07751 | Morganville, NJ 07751 |

Social Security No.:
  xxx–xx–5300                         xxx–xx–9619

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 10, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 10, 2018
JAN: wir

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Rudolph V Prescod
Yvonne E. Prescod
    Debtors

Case No. 17-30799-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: May 10, 2018
                  Form ID: 148    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
```
db/jdb         +Rudolph V Prescod,    Yvonne E. Prescod,    62 Guest Drive,    Morganville, NJ 07751-1469
r              +Coldwell Banker Residential,    17 W River Rd,    Rumson, NJ 07760-1418
517120274       Barbados Revenue Authority,    Treasury Building,    Bridge STreet,    Bridgetown, Barbados, 11129
517120275      +Buckley Madole,    99 Wood Avenue South Suite 803,    Iselin, NJ 08830-2713
517120276      +Chase Mortgage,    Attn: Correspondence Department,    PO Box 15298,    Wilmington, DE 19850-5298
517323208      +JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,    Chase Records Center,    700 Kansas Lane,
                 Monroe, LA 71203-4774
517323207      +JPMorgan Chase Bank, National Association,    Chase Records Center,
                 ATTN: Correspondence Mail - LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
517120280     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695)
517199114      +U.S. Bank National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,
                 Dallas TX 75261-9096
517141330      +US Bank NA,    Att: Aldridge Pite LLP,    4375 Jutland Dr Ste 200,    POB 17933,
                 San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 23:27:36     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 23:27:34     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517307284      +EDI: HY11.COM May 11 2018 02:58:00      Hyundai Lease Titling Trust,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
517120277      +EDI: HY11.COM May 11 2018 02:58:00      Hyundai Motor Finance,    Attn: Bankruptcy,
                 Po Box 20809,    Fountain City, CA 92728-0809
517120279       EDI: IRS.COM May 11 2018 02:58:00      IRS Centralized Insolvency Operation,    PO Box 21126,
                 Philadelphia, PA 19114-0326
517120281      +E-mail/Text: bankruptcy@savit.com May 10 2018 23:28:26     Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
517120282      +E-mail/Text: bankruptcy@savit.com May 10 2018 23:28:26     Savit Coll,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
517122648      +EDI: RMSC.COM May 11 2018 02:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517120283      +EDI: USBANKARS.COM May 11 2018 02:58:00      US Bank National Association,
                 4801 Fredrica Street,    Owensboro, KY 42301-7441
                                                                                                TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517120278*     +Hyundai Motor Finance,    Attn: Bankruptcy,    Po Box 20809,    Fountain City, CA 92728-0809
517177144*      Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: May 10, 2018
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com
        Andrew Thomas Archer     on behalf of Debtor Rudolph V Prescod aarcher@brennerlawoffice.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Andrew Thomas Archer     on behalf of Joint Debtor Yvonne E. Prescod aarcher@brennerlawoffice.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc of
         America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Jill  Manzo     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bankruptcy@feinsuch.com
        Rebecca Ann Solarz     on behalf of Creditor    U.S. Bank National Association, as Trustee for Banc
         of America Funding 2008-FT1 Trust, Mortgage Pass-Through Certificates, Series 2008-FT1
         rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7