Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17–30799–MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rudolph V Prescod
62 Guest Drive
Morganville, NJ 07751

Yvonne E. Prescod
62 Guest Drive
Morganville, NJ 07751

Social Security No.:
  xxx–xx–5300                          xxx–xx–9619

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 27, 2018</u>            <u>Michael B. Kaplan</u>
                                        Judge, United States Bankruptcy Court